IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| BROADCAST MUSIC, INC., *et al.*, | : | |
| Plaintiffs, | : | Case No. 3:13cv00139 |
| vs. | : | District Judge Walter Herbert Rice<br>Chief Magistrate Judge Sharon L. Ovington |
| BG INTERNATIONAL, INC., d/b/a<br>FILLING STATION SPORTS BAR<br>& GRILL, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# ORDER

This case is presently before the Court upon Plaintiffs' Motion for Leave to Serve in Excess of 40 Requests for Admission upon Defendants (Doc. #15), and the record as a whole.

Plaintiffs filed their Motion on September 30, 2013. (Doc. #15). Plaintiffs request leave to serve 120 requests for admission upon Defendants. (Doc. #15, *PageID#* 115). Plaintiffs indicate "this increase in the maximum number of requests for admission is necessary in this case and will not prejudice Defendants." (Doc. #15, *PageID#* 116). To date, Defendants have not filed a memorandum in opposition nor otherwise responded to Plaintiffs' request.

Having reviewed Plaintiffs' Motion, and noting no opposition from Defendants, the Court finds Plaintiffs' request appears reasonable and good cause exists to grant leave

for Plaintiffs to file 120 requests for admission upon Defendants.

Accordingly, Plaintiffs' Motion for Leave to Serve in Excess of 40 Requests for Admission (Doc. #15) is **GRANTED**.

**IT IS SO ORDERED.**

October 30, 2013

                                                s/Sharon L. Ovington
                                                    Sharon L. Ovington
                                    Chief United States Magistrate Judge