# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

BROADCAST MUSIC, INC. et. al.,

    Plaintiff,

vs.

BG INTERNATIONAL, INC.
dba FILLING STATION SPORTS BAR
& GRILL et. al.

    Defendants.

Case No. 3:13-cv-139

## ORDER OF DISMISSAL: TERMINATION ENTRY

The Court having been advised by counsel for the parties that the above matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED,** with prejudice as to the parties, provided that any of the parties may, upon good cause shown **within 60 days**, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

**IT IS SO ORDERED.**

April 17, 2014

                                        WALTER H. RICE, JUDGE
                                        UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record