UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., ) | |
| ) | CASE NO. 3:13-cv-139 |
| Plaintiffs, ) | |
| ) | DISTRICT JUDGE WALTER H. RICE |
| vs. ) | |
| ) | |
| ) | |
| BG INTERNATIONAL, INC., ) | |
| d/b/a FILLING STATION SPORTS BAR ) | |
| & GRILL, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATED PERMANENT INJUNCTION

By agreement between Plaintiff Broadcast Music, Inc., for itself and its co-plaintiffs, and Defendants BG International, Inc., d/b/a Filling Station Sports Bar & Grill, Suresh Gupta, and Sangeeta Agrawal, and pursuant to Rule 65 of the Federal Rules of Civil Procedure, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

1. Defendants, together with their officers, directors, agents, representatives, servants, employees, and/or all other persons or entities acting under their permission or authority, and/or all other persons or entities acting in concert or participation with them, shall be and hereby are permanently enjoined and restrained from:

   a. Causing any unlicensed public performances of any musical works licensed by Broadcast Music, Inc.; and

   b. Infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

2. The preceding paragraph does not preclude Defendants from properly obtaining from Broadcast Music, Inc. a license authorizing performance of copyrighted musical

works licensed by Broadcast Music, Inc., nor does it preclude the continued use of Defendants' jukebox, provided that the use of the jukebox is pursuant to and compliant with an active jukebox license properly obtained from Broadcast Music, Inc. or the Jukebox License Office.

3. This Court shall retain jurisdiction over this matter for enforcement of this Stipulated Permanent Injunction.

**IT IS SO ORDERED.**

Dated: 9-8-14

UNITED STATES DISTRICT JUDGE

STIPULATED AND AGREED:

Matthew D. DiCicco, Esq. (0072889)
FREUND FREEZE AND ARNOLD
Fifth Third Center
1 South Main Street, Suite 1800
Dayton, Ohio 45402-2017
Phone: (937) 913-0137; Fax:(937) 222-5369
mdicicco@ffalaw.com
*Attorney for Defendants*

Christine E. Watchorn, Esq. (0075919)
ULMER & BERNE LLP
88 East Broad Street, Suite 1600
Columbus, Ohio 43215-3581
Phone: (614) 229-0034
Fax: (614) 229-0035
cwatchorn@ulmer.com
*Attorney for Plaintiffs*

BG International, Inc.
By: _____
Its: _____

_____
Suresh Gupta

_____
Sangeeta Agrawal

COL1997 244382
11986.00109